(85 South. 595)
WILLIAMS v. STATE. (6 Div. 668.)

(Court of Appeals of Alabama. May 12, 1920.)

Appeal from Circuit Court, Cullman County; O. Kyle, Judge.

Jim Williams was convicted of perjury, and he appeals. Affirmed.

The perjury is alleged to have been committed by defendant as a witness on the trial of Doyle Hooten, who was charged with murder. The stenographer's official notes were used as evidence to prove the testimony of the defendant.

The defendant was indicted, tried, and convicted of perjury, and from the judgment he appeals.

F. E. St. John, of Cullman, for appellant.

The only authority for the admission of the stenographer's report is the act of the

Legislature of 1909, and this is unconstitutional, as it deprives the defendant of the right to be confronted by his witnesses. Todd v. State, 13 Ala. App. 301, 69 South. 325, is unsound in holding to the contrary.

J. Q. Smith, Atty. Gen., for the State.
No brief reached the Reporter.

SAMFORD, J. The judgment in this case is affirmed on authority of Todd v. State, 13 Ala. App. 301, 69 South. 325; the principle there announced being here reaffirmed, and the reasoning here adopted.

On the evidence, it was a question for the jury to say whether the defendant was sworn as a witness in the Hooten Case. The affirmative charge was properly refused.

There is no error in the record, and the judgment is affirmed.

Affirmed.